# No. 3:18-bk-07554

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE

_____

**In Re:**
**Chonghun Kim,**

*Debtor*

_____

**Motion to Withdraw**

_____

Counsel for Chonghun Kim hereby moves to withdraw as counsel of record. Mr. Kim has filed a pro se Voluntary Notice to Dismiss his Chapter 13 Bankruptcy.

/s/ John Tennyson
John Tennyson (TN BPR# 32777)
611 Commerce Street, Suite 2609
Nashville, Tennessee 37203
jtennyson@nashville-law.com
615-506-3108

## Certificate of Service

I hereby certify that on November 19, 2018, a copy of the foregoing Motion to Withdraw was filed in this Court's CM/ECF system and notice of this filing will be sent to all counsel of record by operation of this Court's electronic filing system. Parties may access this filing through the Court's system. Notice was also mailed to:

Chonghun Kim
1526 Demonbreun St
Nashville, TN 37203

/s/ John Tennyson
John Tennyson