Form ovdsmcsa (12/13)

# UNITED STATES BANKRUPTCY COURT
### FOR THE MIDDLE DISTRICT OF TENNESSEE
### Case No. <u>3:18−bk−07554</u>
**Chapter 13**

In re:

Chonghun Kim
1526 Demonbreun St
Nashville, TN 37203

Social Security No.:
xxx−xx−1825

## ORDER DISMISSING CHAPTER 13 CASE

    Pursuant to Local Bankr. R. 1017−2(d), a motion was filed to voluntarily dismiss the Chapter 13 case as to Chonghun Kim. No hearing will be scheduled. The case as to the aforementioned debtor is dismissed on 11/20/18.

    It is so ORDERED.

Dated: <u>11/20/18</u>                                                                                                      /s/ Randal S Mashburn
                                                                                                    UNITED STATES BANKRUPTCY JUDGE