IN THE UNITED STATES BANKRUPTCY COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Chapter 13 |
| CHONGHUN KIM, | ) | Case Number 318-07554 |
| | ) | |
| Debtor. | ) | |

## NOTICE OF APPEARANCE

Comes Steven L. Lefkovitz, an attorney duly licensed to practice before this Court, and hereby enters an appearance for the Debtor in these proceedings.

Respectfully submitted,

LEFKOVITZ & LEFKOVITZ

**/S/ STEVEN L. LEFKOVITZ**
Steven L. Lefkovitz, No. 5953
Attorney for Debtor
618 Church Street, Suite 410
Nashville, Tennessee 37219
Phone: (615) 256-8300
Fax: (615) 255-4516
Email: slefkovitz@lefkovitz.com

## CERTIFICATE OF SERVICE

I hereby certify that I have sent a true and exact copy of the foregoing to the United States Trustee and all other parties of record to receive notice electronically via the United States Bankruptcy Court's CM/ECF system, this 3rd day of December, 2018.

**/S/ STEVEN L. L EFKOVITZ**
Steven L. Lefkovitz