IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| IN RE: ) | |
| ) | Chapter 13 |
| CHONGHUN KIM, ) | Case Number 318-07554 |
| ) | |
| Debtor. ) | |

## MOTION TO TAKE EXAMINATION OF JOHN TENNYSON PURSUANT TO RULE 2004(A) OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE

Comes the Debtor and moves this Honorable Court to be permitted to take the examination of

**John Tennyson**
**611 Commerce Street, Suite 2609**
**Nashville, TN 37203**

```
pursuant to Rule 2004(a) of the Federal Rules of Bankruptcy
```
Procedure on December 10, 2018 at 4:00 P.M. at the Offices of Steven L. Lefkovitz, 618 Church Street, Suite 410, Nashville, Tennessee 37219. The purpose of said examination is to investigate the motion for review of attorney's fees and for disgorgement and assessment of civil penalties, if appropriate. Accordingly, the Debtor prays to be permitted to take the examination prayed for herein.

Respectfully submitted,

/s/ Steven L. Lefkovitz, No. 5953
/s/ Steven L. Lefkovitz, No. 5953
Attorney for the Debtor
618 Church Street, Suite 410
Nashville, TN 37219
(615) 256-8300   FAX (615) 255-4516
Email: slefkovitz@lefkovitz.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was sent to Assistant United States Trustee, 318 Customs House Building, 701 Broadway, Nashville, TN 37203 and Chapter 13 Trustee;

**John Tennyson**
**611 Commerce Street, Suite 2609**
**Nashville, TN 37203**

by U.S. Mail and/or receive electronic notice under the Court's electronic filing system on December 3, 2018.
.

               /s/ Steven L. Lefkovitz
               Steven L. Lefkovitz

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

IN RE:                                )
                                      )
**JAMES AND AMY BALES**               )          No. 314-09689
                                      )          Chapter 7
         Debtor                       )          Judge Mashburn

### ORDER PERMITTING EXAMINATION OF JOHN TENNYSON PURSUANT TO RULE 2004(A) OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE

     Upon application of the Debtor, and for good cause shown unto me, it is hereby **ORDERED** that

**John Tennyson**
**PriceCPAs, PLLC**
3825 Bedford Avenue, Suite 202
Nashville, TN 37217

shall appear at the February 25, 2014 **at 4:00 P.M.** at the Offices of Steven L. Lefkovitz, 618 Church Street, Suite 410, Nashville, Tennessee 37219 and submit to examination pursuant to Rule 2004(a) of the Federal Rules of Bankruptcy Procedure, which said examination shall continue day to day until completed.

THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY AS INDICATED AT THE TOP OF THE FIRST PAGE

APPROVED FOR ENTRY:

/s/ Steven L. Lefkovitz, No. 5953
/s/ Steven L. Lefkovitz, No. 5953
Attorney for the Debtor
618 Church Street, Suite 410
Nashville, TN 37219
(615) 256-8300   FAX (615) 255-4516
Email: slefkovitz@lefkovitz.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was sent to Beth Roberts Derrick, Assistant United States Trustee, 318 Customs House Building, 701 Broadway, Nashville, TN 37203;

**John Tennyson**
**PriceCPAs, PLLC**
3825 Bedford Avenue, Suite 202
Nashville, TN 37217

by U.S. Mail and/or receive electronic notice under the Court's electronic filing system on February 18, 2015..

                                /s/ Steven L. Lefkovitz
                                  Steven L. Lefkovitz