IN THE UNITED STATES BANKRUPTCY COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| IN RE: ) | |
| ) | Chapter 13 Proceeding |
| CHONGHUN KIM, ) | Case No. 318-07554 |
| ) | Randal S. Mashburn, Judge |
| Debtor. ) | |
| ) | |

**DEBTOR'S WITNESS AND EXHIBIT LIST**

Comes now the Debtor, by and through counsel, and respectfully submit this list of witnesses who testify at trial. All Exhibits have been submitted through EESA (Electronic Evidence Submission Access) and are available to all parties in interest.

**WITNESS LIST**

Witness No. 1 – CHONGHUN KIM who will testify as to his involvement in the transaction.

Witness No. 2 – JOHN TENNYSON who will testify as to his involvement in the transaction.

Any one on Mr. Tennyson's witness list

**EXHIBIT LIST**

1001. Kim Charge Receipt

1002. Kim Charge Receipt 2

1003. Kim Charge Receipt 3

1004. Kim Checks

1005. Kim Korean receipt

1006. Kim Credit Counseling

1007. Docket Entry 1

1

1008. Declaration of Individual Debtor

1009 Subpoena on Tennyson

1010. Tennyson acknowledgement of subpoena

1011. Any items brought pursuant to the Tennyson subpoena

                          Respectfully submitted,

                          /s/Steven L. Lefkovitz, No. 5953
                          Steven L. Lefkovitz (slefkovitz@lefkovitz.com)
                          618 Church Street, Suite 410
                          Nashville, Tennessee 37219
                          Telephone: 615.256.8300
                          Facsimile: 615.255.4516
                          Attorneys for CHONGHUN KIM

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a true and correct copy of the foregoing was sent to, Assistant United States Trustee, Chapter 13 Trustee; and John Tennyson, by CM/ECF electronic filing, this December 27, 2018.

/s/ Steven L. Lefkovitz
Steven L. Lefkovitz