# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| In re: ) | Case No.: 18-07554 |
| ) | |
| CHONGHUN KIM, ) | Chapter 13 |
| ) | |
| Debtor. ) | Judge Randal Mashburn |

## AGREED ORDER RESOLVING ATTORNEY'S FEES

As stated at the hearing on January 2, 2019, to resolve Debtor's Motion for Review of Attorney's Fees and for Disgorgement ("Disgorgement Motion," Docket Entry 17) and the U.S. Trustee's informal inquiry, the U.S. Trustee, John Tennyson represented by attorney L.G. Burnett, Jr., and debtor Chonghun Kim ("Debtor") represented by Steve Lefkovitz, have agreed to the following terms as evidenced by the signatures below:

1. Mr. Tennyson filed a Chapter 13 petition on behalf of Debtor on November 9, 2018, and charged Debtor $2,800, including the Chapter 13 filing fee, for representing him in this Chapter 13 case.

2. Within 14 days from the entry of this Agreed Order, Mr. Tennyson will (i) disgorge $2,800 to Chapter 13 Trustee Henry Hildebrand III to be applied toward the plan base in Debtor's new case, **Case Number 18-8098** (not as a creditor refund), and (ii) pay Steve Lefkovitz $1,500 to satisfy Debtor's attorney's fees in bringing the Disgorgement Motion.

3. Mr. Burnett shall file a certificate of compliance with the bankruptcy court within 30 days of entry of this order to indicate that the terms of paragraph 2 are satisfied.

4. Mr. Tennyson will not file any bankruptcy cases in this district until after January 1, 2020.

IT IS SO ORDERED.

---

**This order was signed and entered electronically as indicated at the top of the first page.**

---

Accepted and Agreed:

**PAUL RANDOLPH,**
Acting United States Trustee, Region 8

**/s/ Megan Seliber**
MEGAN SELIBER
Trial Attorney for the U.S. Trustee
318 Customs House, 701 Broadway
Nashville, TN 37203
615-695-4060; 615-736-2260 (fax)
Megan.Seliber@usdoj.gov


**/s/ L.G. Burnett (MRS w/ permission 1/3/19)**
L.G. BURNETT JR
LONG, BURNETT, AND JOHNSON, PLLC
302 42nd Av N
Nashville, TN 37209
 (615)386-0075; (615)864-8419 (fax)
lgburnett@tennessee-bankruptcy.com
Attorney for John Tennyson

**/s/ Steve Lefkovitz (MRS w/ permission 1/2/19)**
STEVEN L. LEFKOVITZ
LAW OFFICES LEFKOVITZ & LEFKOVITZ
618 Church St. Ste 410
Nashville, TN 37219
615 256-8300; 615 255-4516 (fax)
slefkovitz@lefkovitz.com